UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **MAGISTRATE NO. 21-MJ-218 (ZMF)** |
| : | |
| **WILLIAM CHRESTMAN,** : | |
| : | |
| : | |
| **Defendant.** : | |

## ORDER

Upon consideration of the Government's Motion for Emergency Stay and for Review of Detention Order as to defendant William Chrestman.

It is this 21st day of February, 2021,

**ORDERED**, that the Motion for an Emergency Stay is hereby **GRANTED** and the release order entered by the District of Kansas Magistrate Judge on February 19, 2021 as to defendant William Chrestman is **STAYED** pending review of the detention decision by this Court.

_____
BERYL A. HOWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA