UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM CHRESTMAN,<br><br>Defendant. | Case No. 21-mj-218 (ZMF)<br><br>Chief Judge Beryl A. Howell |

### ORDER

Upon consideration of the government's Motion for Review of Release Order, ECF No. 7, the evidence proffered and arguments presented in connection with the government's motion, including at the detention hearing held on February 23, 2021, the entire record, and the factors enumerated in 18 U.S.C. § 3142(g), based upon the written findings of fact and statement of reasons set forth in the accompanying Memorandum Opinion, it is hereby

**ORDERED** that the government's Motion for Review of Release Order, ECF No. 7, is **GRANTED**; and it is further

**ORDERED** that the defendant William Chrestman shall be detained pending trial; and it is further

**ORDERED** that the defendant be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

**ORDERED** that defendant be afforded reasonable opportunity for private consultation with counsel; and it is further

**ORDERED** that, on order of this Court or on request of an attorney for the government, the person in charge of the corrections facility in which defendant is confined shall deliver the

defendant to the U.S. Marshal for the District of Columbia for the purpose of an appearance in connection with a court proceeding.

**SO ORDERED.**

Date:  February 26, 2021

_____
BERYL A. HOWELL
Chief Judge